

| Date: | 08/27/20 | | Quote No. | RQ21168 |
|---|---|---|---|---|
| | | | Valid for 60 Days | |

Bill To Customer:   C11879

Boston Market Corp
14103 Denver West Parkway
Golden, CO 80401

The words renter, buyer, customer, you and yours means the person who signs this contract (or are obligated under its terms) We, our and dealer refer to the business name directly to the left.

Contact: Staci Prinzi
Phone:
Fax:
Customer PO No.:

Salesperson: Mike Hughes
Phone: (260) 428-2572
E-mail: Mike.Hughes@polarleasing.com

| RENTAL CHARGES | Electrical | Rental Term | Quantity | Beginning / Ending | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| Walk-In Dual Temp - 8x10 - WDT810 - 220-V-30 AMP-Single Phase | | 1 Month Rate | 11 | 10/28/20 / 11/27/20 | 2,800.00 | 30,800.00 |
| Walk-In Dual Temp - 8x20 - WDT820 - 220-V-30 AMP-Single Phase | | 1 Month Rate | 59 | 10/28/20 / 11/27/20 | 3,600.00 | 212,400.00 |

Extensions would require a one week's notice prior to pick up
See pricing below:

8x10 - add 1 week - $400
8x10 - add 2 weeks - $800
8x10 - add 1 month - $1600
8x20 - add 1 week - $600
8x20 - add 2 weeks - $1200
8x20 - add 1 month - $2400
Dry run charge - $600

Ship To:
Boston Market Corp
Staci Prinzi
14103 Denver West Parkway
Golden, CO 80401

| Ship Via | Polar Leasing | Total Rental Charge: | 243,200.00 |
|---|---|---|---|
| Tax Exempt No. | | Tax: | TBD |
| Terms | NET30 | Contract Total: | TBD |
| Del. Date | 10/28/20 | | |

A deposit of $ 0 is due prior to delivery.
A Late Return Fee of $0 Per Day

Please follow "Installation & Startup" instructions attached to this quotation. Instructions can also be found at www.polarleasing.com.

THIS IS YOUR CONTRACT, READ ALL PAGES BEFORE SIGNING BELOW. INITIAL PAGE TWO OF THIS CONTRACT THIS OFFER EXPIRES ON 10/26/20.

Dealers Location: FT COLLINS
Company: Boston Market Corp
Accepted By: [signature]  Authorized Company Representative
Date: 9-4-20
Title: Sales Director

Print Name: RANdy Miller, President
Leasing Agent: Mike Hughes

I, the signed renter above, specifically acknowledge that I have read and fully understand the Terms and Conditions on all pages of this rental contract and agree to be bound by all of the terms, conditions, and provisions hereof. Renter acknowledges receipt of a true and correct copy of this agreement at the time of execution hereof.

4410 New Haven Avenue, Fort Wayne, IN 46803
Toll-Free (877) 428-2532 / Local (260) 428-2532 / Fax (260) 428-2533
Page 1

Exhibit "A"
Page 1 of 3

Customer No. C11879
Boston Market Corp
14103 Denver West Parkway
Golden, CO 80401



Quote No. RQ21168
Date: 08/27/20
Valid for 60 Days

The words renter, buyer, customer, you and yours means the person who signs this contract (or are obligated under its terms). We, our and dealer refer to the business name directly to the left.

## TERMS AND CONDITIONS OF RENTAL CONTRACT

In consideration of the renting of the Equipment to the Company (hereinafter referred to as the "Renter") as described and identified on page 1 of this contract from Polar Leasing Company, Inc (hereinafter referred to as the "Dealer") and upon the terms and conditions and for the price herein specified, it is agreed as follows:

1. **RENTAL CHARGES, TERM AND EXTENSIONS.** The "Duration" or term of this contract begins on the date specified as "Rental Start Date" and terminates on the date specified as "Rental End Date" as identified on page 1 of this contract unless amended in writing. Rental Charges commence on delivery of Equipment to Renter and end upon return of Equipment to Dealer's Depot Unit Location. If the Renter does not return the equipment or allow Dealer to pick up the equipment by the "Rental End Date" or the Dealer's scheduled pickup date, Renter agrees to pay a "Late Return Fee Per Day" as identified on page 1 of this contract. Extension of the "Duration" of this contract requires 48-hour written notice and approval by Dealer.

2. **ACCEPTANCE, INSPECTION, USE, TITLE, GRAPHICS, SIGNAGE AND RETURN PROVISIONS.** Upon acceptance of the pickup of the equipment by Renter or delivery of the equipment to Renter, Renter accepts and rents the Equipment on an "as is" basis. Renter acknowledges receipt of the Equipment, agrees to use the Equipment as identified on page 1 of this contract and fully understands its proper operation, start up and use as identified on the Equipment and also available on the web at www.polarleasing.com. If Renter is transporting Equipment or making transportation arrangements through Renter's contractor or agents, Renter acknowledges and declares that Renter, contractor or agents have examined the Equipment and all hitches, bolts, safety chains, hauling tongues, devices and materials used to connect the Equipment to Renter's towing motor vehicle and/or trailer prior to transporting Equipment, and upon receipt of Equipment, Renter agrees that Renter is responsible for the transportation, loading and unloading of the Equipment. Without Dealer's written consent, Renter shall not remove the Equipment from the delivery location as described on page 1 of this contract or allow the use of Equipment by anyone other than the Renter. Title to the Equipment is and shall remain with the Dealer at all times. Affixing or adding graphics, signage or any other attachments to the unit is not permitted unless prior written approval has been granted by Dealer and shall be at the Renter's sole expense. Renter agrees to return the Equipment to Dealer in as good condition as when received by Renter.

3. **EQUIPMENT BECOMES UNSAFE OR REQUIRES REPAIR.** Renter will immediately discontinue use of the Equipment should the Equipment become unsafe or in need of repair. Renter shall immediately notify Dealer and take all steps necessary to protect its contents and prevent injury to others. Renter shall not repair or permit any repairs to be made to the Equipment without Dealer's written consent.

4. **COMPLIANCE WITH LAWS.** Renter acknowledges that Dealer has no control over the use of Equipment by Renter, and Renter agrees, at Renter's sole expense, to comply with all municipal, county, state, and federal laws, ordinances and regulations, including the Occupational Safety and Health Administration Act of 1970 (OSHA), that may affect the Equipment while it is in the possession of and use by the Renter. Furthermore, Renter shall not permit or allow any illegal or unauthorized use of the Equipment including, but not limited to the storage of hazardous materials. Equipment's primary use is for refrigerated storage of food and other food grade material & ingredients. Where product other than food grade material is to be stored, including EPA – List N: Products with Emerging Viral Pathogens, the Dealer requires a 3rd party certificate of sanitation to be obtained solely at the Renter's expense. Such cleaning must certify current standards set forth from EPA, OSHA, WHO, DOT PHMSA Pipeline and Hazardous Materials Safety Administrator, and CDC. Renter agrees to pay $3,500 upon failure to supply such 3rd party certification as set forth.

5. **RENTER'S LIABILITY FOR ABUSE, MISUSE, DESTRUCTION, LOSS OR THEFT OF EQUIPMENT.** In the event of any damage to the Equipment arising from the Renter's abuse, misuse, or destruction, or from the loss or theft of said Equipment, Renter agrees to accept full responsibility therefore and shall hold Dealer harmless from any claims or actions arising from the abuse, misuse, destruction, loss or theft of the Equipment. Unless otherwise specified herein, Renter shall pay Dealer the actual replacement cost of the Equipment or the cost to repair the Equipment (whichever is less) resulting from the Renter's abuse, misuse, destruction, loss or theft of the Equipment.

6. **DISCLAIMER OF WARRANTIES. DEALER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE EQUIPMENT'S MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE.** Renter's sole remedy for any failure of or defect in the Equipment shall be the reimbursement of the "Rental Charge" commencing from the date of failure. Dealer shall not be responsible for any loss, damage, or injury to Renter or Renter's personal property, including personal property stored in the Equipment, or for any incidental, special, or consequential damages in any way connected with the operation, use, defect in, or failure of the Equipment unless such damages arise from Dealer's intentional, willful, or reckless conduct.

7. **USE OF DEPOSIT, AND LIABILITY FOR LATE PAYMENT, UPON BREACH BY RENTER.** Renter acknowledges that the purpose and intent of the deposit paid by Renter hereunder is to secure the payment of rental charges hereunder and to guarantee the full and complete performance of each of all of the terms and conditions of this contract by the Renter as provided herein. Renter agrees to pay a late payment assessment at the rate of one and one half (1-1/2%) percent per month on all delinquent accounts. In addition, Renter shall pay all attorney fees and court costs incurred by Dealer to collect or enforce any terms and conditions of this contract.

8. **REPOSSESSION.** In the event a suit is instituted by Dealer to recover possession of said Equipment or to enforce any of the terms, conditions or provisions hereof, Renter agrees to pay all costs and reasonable attorney's fees of Dealer incurred in connection therewith.

9. **INDEMNIFICATION OF DEALER BY RENTER.** Renter will take all necessary precautions regarding the Equipment and protect all persons and property from injury or damage. Renter shall assume the risk of all property damage or damages for personal injuries caused by the Renter or arising out of Renter's use of the Equipment and shall indemnify, defend, and hold Dealer harmless from any property damage or damages for personal injuries caused by Renter or arising out of Renter's use of the Equipment.

10. **TAXES.** Renter agrees to pay any and all taxes, license fees, or permit fees arising out of the renting and use of the Equipment. Renter agrees to pay said taxes whether said taxes appear as part of this contract or whether said taxes are later claimed by the governmental authority.

11. **CHOICE OF LAW.** This contract shall be governed by the laws of the State of Indiana. Renter agrees that by signing this contract, Renter is agreeing to jurisdiction in the State of Indiana.

Date 9/8/2020        Renter's Initials RM

## Amendment to Refrigeration Rental Agreement

This Amendment to Refrigeration Rental Agreement amends that certain Refrigeration Rental Agreement of even date herewith between Boston Market Corporation ("Renter") and Polar Leasing Company, Inc. ("Dealer").

Renter and Dealer agree to amend the Agreement as follows:

1. Section 9 of the Terms and Conditions of Rental are deleted in their entirety and replaced with the following new Section 9:

   "9. INDEMNIFICATION OF DEALER BY RENTER. Renter will take all necessary precautions regarding the Equipment and use all commercially reasonable efforts to protect all persons and property from injury or damage. Renter shall assume the risk of all property damage or damages for person injuries caused by the Rent or arising out of Renter's use of the Equipment and shall indemnify, defend, and hold Dealer harmless from any property damage or damages for personal injuries caused by Renter or arising from Renter's use of the Equipment, unless such damage arises from the intentional, willful, or negligent conduct of Dealer.

2. **Binding Effect.** The terms, conditions and covenants of this Amendment shall be binding upon and shall inure to the benefit of the parties to this Amendment, their heirs, personal representatives, successors or assigns, and shall run with the land; and where one or more parties shall be Lessor or Lessee under this Amendment, the "Lessor" or "Lessee" whenever used in this Amendment shall be deemed to include all parties to this Amendment jointly and severally.

3. **Integration.** This Amendment shall be deemed part of the Lease for any and all purposes as of the date first written above. The Lease, except to the extent supplemented or amended by this Amendment, is in all respects ratified and confirmed and shall be and remain in full force and effect without change.

4. **Counterparts.** This Amendment may be executed in any number of counterparts, each of which shall be and shall be taken to be an original and all such counterparts shall together constitute one and the same instrument.

To indicate their agreement to the above, the parties or their authorized representatives or officers have signed this document.

DEALER:

**POLAR LEASING COMPANY, INC.**

By *Mike Hughes*

Mike Hughes, Sales Director

RENTER:

**BOSTON MARKET CORPORATION,**

a Delaware corporation

By *[signature]*

Randy Miller, President

**Exhibit "A"**
**Page 3 of 3**