# LEEUW OBERLIES & CAMPBELL

Jeffrey R. Oberlies
Jan N. Campbell
John M. Mead*
Kathleen M. Sawtell

Gene R. Leeuw (ret.)

PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
320 NORTH MERIDIAN STREET, SUITE 1006
INDIANAPOLIS, INDIANA 46204
TELEPHONE (317) 684-6960
FACSIMILE (317) 684-6961

www.indylegal.net

*Also admitted to practice in Tennessee
**Also admitted to practice in Illinois

November 28, 2022

**Via Regular Mail and Email**
rmiller@bost.com

Boston Market Corporation
ATTN: Randy Miller, President
14103 Denver West Parkway
Golden, CO 80401

      Re:    ***Polar Leasing Company***
              ***Account No. C11879***

Dear Mr. Miller:

      We have corresponded and conversed in the past concerning Boston Market's account with Polar Leasing. Boston Market is again in arrears in its payments to Polar Leasing. I am enclosing a current statement showing activity from October 31, 2021 through November 22, 2022 totaling $338,880.57. I am enclosing a copy of the statement for your review.

      Please contact me immediately to make arrangements for payment on the outstanding balance to avoid imminent legal action.

                      Sincerely,

                      LEEUW OBERLIES & CAMPBELL, P.C.

                      By: _/s/ John M. Mead_
                            John M. Mead
                        jmead@indylegal.net

JMM:kb
Enclosure
cc:    Polar Leasing Co., Inc.

**Exhibit "B"**
**Page 1 of 5**

Polar Leasing Company, Inc.
4410 New Haven Ave.
Fort Wayne, IN 46803

Phone No.: 260-428-2532
Fax No.: 260-428-2533

**STATEMENT**

Statement Date: 11/22/22
Account Number: C11879
Page: 1

**Boston Market Corp**
Staci Prinzi
14103 Denver West Parkway
Golden, CO 80401

| Date | Document | Type | Terms | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| 10/31/21 | RI66898 | Invoice | Net 30 Days | 4,272.28 | | 4,272.28 |
| 10/31/21 | RI66899 | Invoice | Net 30 Days | 3,359.63 | | 7,631.91 |
| 10/31/21 | RI66900 | Invoice | Net 30 Days | 4,335.01 | | 11,966.92 |
| 10/31/21 | RI66901 | Invoice | Net 30 Days | 4,345.01 | | 16,311.93 |
| 10/31/21 | RI66902 | Invoice | Net 30 Days | 4,345.01 | | 20,656.94 |
| 10/31/21 | RI66903 | Invoice | Net 30 Days | 4,345.01 | | 25,001.95 |
| 10/31/21 | RI66904 | Invoice | Net 30 Days | 4,355.01 | | 29,356.96 |
| 10/31/21 | RI66905 | Invoice | Net 30 Days | 4,345.01 | | 33,701.97 |
| 10/31/21 | RI66906 | Invoice | Net 30 Days | 4,355.01 | | 38,056.98 |
| 10/31/21 | RI66907 | Invoice | Net 30 Days | 4,355.01 | | 42,411.99 |
| 10/31/21 | RI66909 | Invoice | Net 30 Days | 3,301.50 | | 45,713.49 |
| 10/31/21 | RI66910 | Invoice | Net 30 Days | 3,286.00 | | 48,999.49 |
| 10/31/21 | RI66911 | Invoice | Net 30 Days | 3,355.75 | | 52,355.24 |
| 10/31/21 | RI66912 | Invoice | Net 30 Days | 3,355.75 | | 55,710.99 |
| 10/31/21 | RI66913 | Invoice | Net 30 Days | 4,330.00 | | 60,040.99 |
| 10/31/21 | RI66914 | Invoice | Net 30 Days | 4,162.00 | | 64,202.99 |
| 10/31/21 | RI66915 | Invoice | Net 30 Days | 4,162.00 | | 68,364.99 |
| 10/31/21 | RI66916 | Invoice | Net 30 Days | 6,461.00 | | 74,825.99 |
| 10/31/21 | RI66982 | Invoice | Net 30 Days | 4,108.00 | | 78,933.99 |
| 10/31/21 | RI66983 | Invoice | Net 30 Days | 7,730.13 | | 86,664.12 |
| 10/31/21 | RI66984 | Invoice | Net 30 Days | 10,125.38 | | 96,789.50 |
| 10/31/21 | RI67088 | Invoice | Net 30 Days | 4,256.50 | | 101,046.00 |
| 10/31/21 | RI67089 | Invoice | Net 30 Days | 3,208.00 | | 104,254.00 |
| 10/31/21 | RI67090 | Invoice | Net 30 Days | 4,240.00 | | 108,494.00 |
| 10/31/21 | RI67091 | Invoice | Net 30 Days | 4,330.00 | | 112,824.00 |
| 10/31/21 | RI67440 | Invoice | Net 30 Days | 4,189.00 | | 117,013.00 |

**Polar Leasing Company, Inc.**
4410 New Haven Ave.
Fort Wayne, IN 46803

Phone No.: 260-428-2532
Fax No.: 260-428-2533

**STATEMENT**

Statement Date: 11/22/22
Account Number: C11879
Page: 2

**Boston Market Corp**
**Staci Prinzi**
**14103 Denver West Parkway**
**Golden, CO 80401**

| Date | Document | Type | Terms | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| 10/31/21 | RI67441 | Invoice | Net 30 Days | 4,162.00 | | 121,175.00 |
| 10/31/21 | RI67443 | Invoice | Net 30 Days | 4,265.01 | | 125,440.01 |
| 10/31/21 | RI67444 | Invoice | Net 30 Days | 4,265.01 | | 129,705.02 |
| 10/31/21 | RI67445 | Invoice | Net 30 Days | 4,345.01 | | 134,050.03 |
| 10/31/21 | RI67446 | Invoice | Net 30 Days | 4,345.01 | | 138,395.04 |
| 10/31/21 | RI67447 | Invoice | Net 30 Days | 6,750.25 | | 145,145.29 |
| 10/31/21 | RI67448 | Invoice | Net 30 Days | 4,300.00 | | 149,445.29 |
| 10/31/21 | RI67449 | Invoice | Net 30 Days | 4,240.00 | | 153,685.29 |
| 10/31/21 | RI67450 | Invoice | Net 30 Days | 4,240.00 | | 157,925.29 |
| 10/31/21 | RI67451 | Invoice | Net 30 Days | 3,286.00 | | 161,211.29 |
| 10/31/21 | RI67452 | Invoice | Net 30 Days | 3,348.00 | | 164,559.29 |
| 10/31/21 | RI67453 | Invoice | Net 30 Days | 3,355.75 | | 167,915.04 |
| 10/31/21 | RI67454 | Invoice | Net 30 Days | 4,330.00 | | 172,245.04 |
| 10/31/21 | RI67457 | Invoice | Net 30 Days | 4,265.01 | | 176,510.05 |
| 10/31/21 | RI67567 | Invoice | Net 30 Days | 4,355.01 | | 180,865.06 |
| 10/31/21 | RI67633 | Invoice | Net 30 Days | 4,256.50 | | 185,121.56 |
| 10/31/21 | RI67635 | Invoice | Net 30 Days | 4,162.00 | | 189,283.56 |
| 10/31/21 | RI67636 | Invoice | Net 30 Days | 4,162.00 | | 193,445.56 |
| 10/31/21 | RI67637 | Invoice | Net 30 Days | 600.00 | | 194,045.56 |
| 10/31/21 | RI67638 | Invoice | Net 30 Days | 7,370.00 | | 201,415.56 |
| 10/31/21 | RI67639 | Invoice | Net 30 Days | 3,348.00 | | 204,763.56 |
| 11/10/21 | RI67558 | Invoice | Net 30 Days | 600.00 | | 205,363.56 |
| 11/12/21 | RI67634 | Invoice | Net 30 Days | 4,209.25 | | 209,572.81 |
| 11/16/21 | RI67717 | Invoice | Net 30 Days | 1,300.00 | | 210,872.81 |
| 11/19/21 | RI67856 | Invoice | Net 30 Days | 4,189.00 | | 215,061.81 |
| 11/19/21 | RI67875 | Invoice | Net 30 Days | 1,337.50 | | 216,399.31 |

Polar Leasing Company, Inc.
4410 New Haven Ave.
Fort Wayne, IN 46803

Phone No.: 260-428-2532
Fax No.: 260-428-2533

**STATEMENT**

Statement Date: 11/22/22
Account Number: C11879
Page: 3

**Boston Market Corp**
**Staci Prinzi**
**14103 Denver West Parkway**
**Golden, CO 80401**

| Date | Document | Type | Terms | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| 11/19/21 | RI67885 | Invoice | Net 30 Days | 1,343.75 | | 217,743.06 |
| 11/19/21 | RI67886 | Invoice | Net 30 Days | 1,337.50 | | 219,080.56 |
| 11/19/21 | RI67887 | Invoice | Net 30 Days | 1,357.50 | | 220,438.06 |
| 11/19/21 | RI67888 | Invoice | Net 30 Days | 1,368.76 | | 221,806.82 |
| 11/19/21 | RI67889 | Invoice | Net 30 Days | 1,340.63 | | 223,147.45 |
| 11/19/21 | RI67890 | Invoice | Net 30 Days | 1,331.25 | | 224,478.70 |
| 11/22/21 | RI67903 | Invoice | Net 30 Days | 3,284.50 | | 227,763.20 |
| 11/24/21 | RI68044 | Invoice | Net 30 Days | 939.39 | | 228,702.59 |
| 11/24/21 | RI68052 | Invoice | Net 30 Days | 4,175.50 | | 232,878.09 |
| 11/30/21 | RI68517 | Invoice | Net 30 Days | 2,956.50 | | 235,834.59 |
| 11/30/21 | RI68518 | Invoice | Net 30 Days | 2,956.50 | | 238,791.09 |
| 11/30/21 | RI68572 | Invoice | Net 30 Days | 271.50 | | 239,062.59 |
| 12/02/21 | RI68356 | Invoice | Net 30 Days | 946.17 | | 240,008.76 |
| 12/02/21 | RI68369 | Invoice | Net 30 Days | 2,932.20 | | 242,940.96 |
| 12/02/21 | RI68370 | Invoice | Net 30 Days | 2,956.50 | | 245,897.46 |
| 12/02/21 | RI68371 | Invoice | Net 30 Days | 2,895.75 | | 248,793.21 |
| 12/02/21 | RI68372 | Invoice | Net 30 Days | 2,932.20 | | 251,725.41 |
| 12/02/21 | RI68373 | Invoice | Net 30 Days | 2,932.20 | | 254,657.61 |
| 12/02/21 | RI68374 | Invoice | Net 30 Days | 1,930.50 | | 256,588.11 |
| 12/02/21 | RI68375 | Invoice | Net 30 Days | 2,821.50 | | 259,409.61 |
| 12/02/21 | RI68376 | Invoice | Net 30 Days | 2,700.00 | | 262,109.61 |
| 12/02/21 | RI68377 | Invoice | Net 30 Days | 2,862.00 | | 264,971.61 |
| 12/07/21 | RI68514 | Invoice | Net 30 Days | 1,943.55 | | 266,915.16 |
| 12/16/21 | RI68846 | Invoice | Net 30 Days | 356.40 | | 267,271.56 |
| 12/21/21 | RI69011 | Invoice | Net 30 Days | 642.00 | | 267,913.56 |
| 12/21/21 | RI69012 | Invoice | Net 30 Days | 600.00 | | 268,513.56 |

**Exhibit "B"**
**Page 4 of 5**

Polar Leasing Company, Inc.
4410 New Haven Ave.
Fort Wayne, IN 46803

Phone No.: 260-428-2532
Fax No.: 260-428-2533

**STATEMENT**

Statement Date: 11/22/22

Account Number: C11879

Page: 4

**Boston Market Corp**
**Staci Prinzi**
**14103 Denver West Parkway**
**Golden, CO 80401**

| Date | Document | Type | Terms | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| 12/21/21 | RI69016 | Invoice | Net 30 Days | 648.00 | | 269,161.56 |
| 12/28/21 | RI69230 | Invoice | Net 30 Days | 2,889.00 | | 272,050.56 |
| 12/29/21 | RI69234 | Invoice | Net 30 Days | 600.00 | | 272,650.56 |
| 12/31/21 | RI69331 | Invoice | Net 30 Days | 608.30 | | 273,258.86 |
| 12/31/21 | FC02123 | Finance Charg | | 5,390.04 | | 278,648.90 |
| 01/19/22 | RI69871 | Invoice | Net 30 Days | 4,189.00 | | 282,837.90 |
| 01/25/22 | RI70012 | Invoice | Net 30 Days | 2,956.50 | | 285,794.40 |
| 01/25/22 | RI70013 | Invoice | Net 30 Days | 2,956.50 | | 288,750.90 |
| 02/06/22 | RI70292 | Invoice | Net 30 Days | 2,956.50 | | 291,707.40 |
| 02/28/22 | RI71437 | Invoice | Net 30 Days | 269.33 | | 291,976.73 |
| 03/09/22 | RI71424 | Invoice | Net 30 Days | 2,956.50 | | 294,933.23 |
| 04/05/22 | RI72137 | Invoice | Net 30 Days | 2,956.50 | | 297,889.73 |
| 06/20/22 | FC02124 | Finance Charg | | 24,379.77 | | 322,269.50 |
| 08/04/22 | FC02127 | Finance Charg | | 6,581.23 | | 328,850.73 |
| 11/22/22 | FC02209 | Finance Charg | | 10,029.84 | | 338,880.57 |

| Statement Balance | Total Debit | Total Credit | Total Amount Due |
|---|---|---|---|
| | 338,880.57 | 0.00 | 338,880.57 |

**Statement Aging:**

| Days overdue: | Current | Up To 30 Days | 31 - 60 Days | Over 60 Days |
|---|---|---|---|---|
| Aged Amounts: | 0.00 | 10,029.84 | 0.00 | 328,850.73 |

**Exhibit "B"**
**Page 5 of 5**